DAVID KARP COMPANY, INC., Appellant, *v.* SAINT PAUL FIRE AND MARINE INSURANCE COMPANY, Respondent.

Argued May 20, 1954; decided July 14, 1954.

*Alfred B. Nathan, A. J. Asche* and *Donald L. Freund* for appellant.

*John M. Aherne* and *John J. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. CONWAY, J., dissents and votes to modify and grant judgment for plaintiff for the sum of $81,266.74 with interest and costs upon the dissenting opinion of Mr. Justice BERGAN in the Appellate Division.